IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOVAN SIMON | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ, et al. | : | |
| Respondents | : | No. 10-4442 |

## **O R D E R**

AND NOW, this   12th   day of October, 2011, **I HEREBY ORDER** that the petitioner has thirty (30) days to contact me and tell me that he wishes to proceed with this petition as previously ordered on August 16, 2011.  If I have not heard from the petitioner within thirty (30) days of this order, I will dismiss this petition without prejudice for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., Sr. J.